THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH McNALLY, Appellant, v. THE WARDEN OF THE CITY PRISON, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

BESSIE ELLIS, Respondent, v. ABRAHAM ELLIS, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MERCEDES SANTIAGO and ELVA SANTIAGO, Respondents, v. MILLBREN REALTY CORPORATION and Others, Defendants, Impleaded with DOGWOOD REALTY CORPORATION, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

IRVING KOLKER, Appellant, Respondent, v. DAVID COLEMAN, INC., Respondent, Appellant.— Order modified by further granting plaintiff's motion for an examination before trial of defendant as to items 2, 3, 7, 8, 23 and 24 in plaintiff's notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GEORGE L. BAILEY, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

ROBERT DRAVECKA and Others, Respondents, v. OIL SHARES, INCORPORATED, and Others, Defendants, Impleaded with LISTON L. LEWIS, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JACK LINKER, Suing on Behalf of Himself and All Other Stockholders of DEBWAY HATS, INC., Respondent, v. DEBWAY HATS, INC., and Others, Appellants.— Order so far as appealed from modified by granting items 1(c), 5(a) and 5(b), in defendants' notice of motion, and that plaintiff be required to furnish the defendants with a specific statement of the assets and money alleged to have been fraudulently, dishonestly and illegally diverted from Debway Hats, Inc., and received and retained by the defendant Nemo-Darby Hats, Inc., as alleged in paragraph 14 of the complaint, and that as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The bill of particulars to be served within twenty days after completion of the examination before trial. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.